Troy D. Monge, Esq.
Law Offices of Martin Taller, APC
2300 E. Katella Ave, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Deanna Wright

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEANNA WRIGHT,

  Plaintiff,

   v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

  Defendant.

) No. SACV16-01294-RAO
)
) **ORDER AWARDING EQUAL**
) **ACCESS TO JUSTICE ACT**
) **ATTORNEY FEES AND COSTS**

 Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

 IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of SIX THOUSAND TWO HUNDRED SIXTY-TWO DOLLARS and EIGHTY-SIX CENTS ($6,262.86), and costs under 28 U.S.C. § 1920 in the amount of ZERO DOLLARS ($0.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated: December 05, 2017

_____
THE HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE